COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re CVR Energy, Inc., CVR Partners, LP, CVR Refining, LP, and
Gary-Williams Energy Company, LLC

Appellate case number:    01-15-00877-CV

Trial court case number:    2013-DCV-209679

Trial court:    434th District Court of Fort Bend County

Relators, CVR Energy, Inc. and CVR Refining, LP, have filed an Emergency Motion to stay the underlying litigation pending resolution of the petition for writ of mandamus. The Emergency Motion is **GRANTED**. The trial court proceedings in cause number 2013-DCV-209679, are **STAYED**, pending resolution of the petition for writ of mandamus.

The court **REQUESTS** a response to the petition for writ of mandamus from the Real Parties in Interest, Leeanna Mann and Kari Smith. The response, if any, is due within 20 days of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

☑ Acting individually    ☐ Acting for the Court

Date: October 16, 2015